WR-47,593-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 9:08:59 AM
Accepted 2/17/2015 9:50:20 AM
ABEL ACOSTA
CLERK

No. WR-47,593-02

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS, AT AUSTIN

RECEIVED
COURT OF CRIMINAL APPEALS
2/17/2015
ABEL ACOSTA, CLERK

**Ex parte Randal Franklin Caraway**
Applicant

*Habeas Corpus* Proceeding under Article 11.07, *et seq.*, C.Cr.P., in Case Number 19072B, from the 91st District Court of Eastland County

# Motion to Stay Proceedings

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Randal Franklin Caraway, Applicant in the above styled and numbered cause, and respectfully files this "Motion to Stay Proceedings," and would show the Court that on August 8, 2014, the convicting court entered its findings of fact and conclusions of law, which were subsequently forwarded to this Court by the District Clerk of Eastland County and received by the Clerk of this Court on August 15, 2014. Applicant would show the Court that notice of this filing was not received by the undersigned from either the District Clerk of Eastland County or the Clerk of this Court.

Applicant, due to the failure to receive any notice of the trial court's actions, has not obtained a copy of the *habeas* court's findings and conclusions and has not, therefore, been able to review and / or respond to the findings. Applicant wishes to consider and respond to those findings prior to any action by this Court. Applicant has, in the original memorandum, stated facts which, if true, would entitle him to relief.

The undersigned Counsel for Applicant will be out of their office on February 17 and 18 for a hearing in Webb County, and will be unable to begin work on this project until February 19, 2015. The undersigned would show the Court that, due to their current schedule, the failure to receive notice that findings and conclusions had been filed, and the need to calendar the review of the findings, a Stay of Proceedings for at least thirty (30) days is required.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant this request in all things and stay all proceedings in this Court for thirty (30) days pending Counsels'

review of the trial court's findings and submission of his objections, if necessary.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar No. 10592300

**David A. Schulman**
Attorney at Law
Office Box 783
Austin, Texas 78767-0783
zdrdavida@davidschulman.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar Card No. 17833400

Attorneys for Applicant
Randal Franklin Caraway

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X6 software, contains 400 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on February 17, 2015, a true and correct copy of the above and foregoing "Motion to Stay Proceedings" was transmitted via the eService function on the State's eFiling portal, to Russ Thomason (russt@eastlandcountytexas.com), counsel for the State of Texas.

_____

**John G. Jasuta**